IN the INTEREST OF: A.L. and R.Y.;

Juvenile Officer, Respondent,

v.

T.A.L., Appellant.

WD 80058

Missouri Court of Appeals, Western District.

ORDER FILED: March 28, 2017

Lori A. Fluegel and A. Renae Adamson, Kansas City, MO, for respondent.

Kelle C. Burmeister Gilmore, Independence, MO, for appellant.

Before Division Two: Cynthia L. Martin, Presiding Judge, Lisa White Hardwick, Judge and Alok Ahuja, Judge

### ORDER

Per curiam:

T.A.L. appeals from a judgment terminating her parental rights over her children, A.L. and R.Y. Mother argues that the trial court's findings were not supported by clear, cogent, and convincing evidence. Mother also contends that the trial court abused its discretion in finding that termination of parental rights was in the children's best interests. Finding no error, we affirm. Rule 84.16(b).